[No. 2562-1.  Division One.  June 9, 1975.]

ROBERT SCHEMBS, JR., *Appellant*, v. MERCER ISLAND DISTRICT COURT, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 770383, Edward E. Henry, J., entered September 28, 1973. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 3298-1.  Division One.  June 9, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. BELINDA JOYCE BRADFORD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 68396, Charles R. Denney, J., entered September 30, 1974. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Swanson, JJ.

[No. 1450-2.  Division Two.  June 13, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. EMERY BERG, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. C-1263, Jay W. Hamilton, J., entered April 5, 1974. *Affirmed* by unpublished opinion per Johnson, J. Pro Tem., concurred in by Leahy (A.C.J.) and Rummel, JJ. Pro Tem.

[No. 3086-1.  Division One.  June 16, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE JOSEPH JUGUM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 67322, Frank J. Eberharter, J., entered June 10, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.